IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| KAREN PAIGE,[1] | § | |
| | § | |
| Petitioner Below, | § | Nos. 391, 2020 and 392, 2020 |
| Appellant, | § | **Consolidated** |
| | § | |
| v. | § | Court Below–Family Court |
| | § | of the State of Delaware |
| MICHAEL MCDONALD, | § | |
| | § | File No. CN16-04806 |
| Respondent Below, | § | Petition No. 17-31463 |
| Appellee. | § | |

Submitted: January 13, 2021
Decided: January 29, 2021

## **ORDER**

On December 28, 2020, the Chief Deputy Clerk issued a notice, sent by certified mail, directing the appellant, Karen Paige, to show cause why her appeal should not be dismissed for her failure to respond to the Senior Court Clerk's December 3, 2020 letter directing her to pay the Court's filing fee. Paige signed the certified mail receipt on January 2, 2021. A timely response to the notice to show cause was due on or before January 12, 2021. To date, Paige has not responded to the notice to show cause, nor has she paid the filing fee. Dismissal of the appeal is therefore deemed to be unopposed.

---

[1] The Court previously assigned pseudonyms to the parties pursuant to Supreme Court Rule 7(d).

1

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice